UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

GRAND RIVER ENTERPRISES SIX
NATIONS, LTD.,

                      Plaintiff,

                                                                                   ORDER
          v.                                                                       08-MC-32A

TROY KING, et al.,

                      Defendant.

---

      The Court, having considered the papers submitted by non-party, Native Wholesale Supply ("NWS"), in connection with its *ex parte* Motion for an Expedited Hearing with respect to its Motion for a Stay of Orders Pending Appeal ("Stay Motion"), and good cause having been shown, it is hereby ordered as follows:

(1)    The Motion for an expedited Hearing is granted;

(2)    NWS shall serve on the defendant States, via facsimile or email and overnight mail, the papers filed by NWS in connection with the Motion for an Expedited Hearing and Motion for a Stay of Orders Pending Appeal by Thursday, February 19, 2009 at 5:00 p.m.; and

(3)    The defendant States shall serve their papers in opposition to the Stay Motion, if any, via facsimile or email and overnight mail, on or before Monday, February 23, 2009;

(4)     The hearing on the Stay Motion shall be on Wednesday, February 25, 2009 at 2:00 p.m.

SO ORDERED.

s/ *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED:  February 18, 2009